Local Form 3015-1 (05/19)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA FOURTH DIVISION

In re:
STEVEN MICHAEL HOFF
RIZA MAE HOFF

Case No. 19-43783
CHAPTER 13 PLAN ☑ Modified
Dated: March 26, 2020

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE:** Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 17 | ☐ Included | ☑ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 17 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 17 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE**

2.1 As of the date of this plan, the debtor has paid the trustee $0.00
2.2 After the date of this plan, the debtor will pay the trustee $480.00 per month for 4 months beginning in January 2020 for a total of $1,920.00 **then** $605.00 per month for 51 months beginning May 2020 for a total of $30,855.00 **then** $765.00 per month for 5 months beginning August 2024 for a total of $3,825.00 for a grand total of $36,600.00. The initial plan payment is due not later than 30 days after the order for relief.
2.3 The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
2.4 The debtor will also pay the trustee 0.00 .
2.5 The debtor will pay the trustee a total of $36,600.00 [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $3,660.00 [line 2.5 x .10]

**Part 4.   ADEQUATE PROTECTION PAYMENTS (§ 1326(a)(1)(C))** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of payments | Total Payments |
|---|---|---|---|
| -NONE- | | | |
| TOTAL | | | $0.00 |

**Part 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 8.

| Creditor | Description of Property |
|---|---|
| -NONE- | |

**Part 6. CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of Property |
|---|---|---|
| 6.1 | CHRYSLER CAPITAL | 2014 Mitsubishi Outlander 60000 miles |

**Part 7. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e))** — The trustee will cure payment defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| | Creditor | Amount of default | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 7.1 | CENLAR | $2,154.00 | 50.00/432.00 | 5/30 | 25/3 | $2,154.00 |
| 7.2 | DITECH | $8,491.00 | $282/494 | 5/19 | 14/10 | $8,491.00 |
| | TOTAL | | | | | $10,645.00 |

**Part 8. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will cure payment defaults on the following claims as set forth below. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

|     | Creditor | Amount of default | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 8.1 |  |  |  |  |  |  |  |
|     | TOTAL |  |  |  |  |  |  |

**Part 9. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)) (secured claim amounts in this Part control over any contrary amount except for secured claims of govern-mental units):** The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column below. Unless otherwise specified in Part 17, the creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge, and if this case is dismissed or converted without completion of the plan, such liens shall also be retained by such holders to the extent recognized by applicable nonbankruptcy law. **Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in this Part as a creditor's secured claim binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim.** For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount.

| Creditor | Claim amount | Secured Claim | Int. rate | Begin-ning in month # | Monthly payment | X Num of pmts. | = Plan pmts | + Adq. Pro. from Part 4 | Total payments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| -NONE- |  |  |  |  | $ |  |  |  |  |
| TOTAL |  |  |  |  |  |  |  |  | $0.00 |

**Part 10. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):** The trustee will pay in full the amount of the following allowed secured claims. **All following entries are estimates, except for interest rate.** The creditors will retain liens. Unmodified 910 claims not in default are addressed in Part 6. Unmodified 910 claims in default are addressed in Part 8.

| Creditor | Claim amount | Int. rate | Beginning in month # | Monthly payment | X Num of pmts | = Plan payments | + Adq. Pro. from Part 4 | Total payments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| -NONE- |  |  |  |  |  |  |  |  |
| TOTAL |  |  |  |  |  |  |  | $0.00 |

**Part 11. PRIORITY CLAIMS (not including claims under Part 12):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

|      | Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
| --- | --- | --- | --- | --- | --- | --- |
| 11.1 | Attorney Fees | $4,500.00 | $432.00/212.00 | 1/5 | 4/14 | $4,500.00 |
| 11.2 | IRS |  |  |  |  |  |
| 11.3 | MN DEPT OF Revenue |  |  |  |  |  |
|      | TOTAL |  |  |  |  | $4,500.00 |

**Part 12. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
| --- | --- | --- | --- | --- | --- |
| -NONE- |  |  |  |  |  |
| TOTAL |  |  |  |  | $0.00 |

**Part 13. SEPARATE CLASSES OF UNSECURED CLAIMS** — In addition to the class of unsecured claims specified in Part 14, there shall be separate classes of non-priority unsecured creditors described as follows:  _-NONE-_
The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

| Creditor | Estimated claim | Interest Rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | Total payments |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- |  |  |  |  |  |  |
| TOTAL |  |  |  |  |  | $0.00 |

**Part 14. TIMELY FILED UNSECURED CLAIMS** — The trustee will pay holders of non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 7, 8, 9, 10, 11, 12 and 13 their pro rata share of approximately $17,795.00 [line 2.5 minus totals in Parts 3, 7, 8, 9, 10, 11, 12 and 13].

14.1    The debtor estimates that the total unsecured claims held by creditors listed in Part 9 are $0.00 .

14.2    The debtor estimates that the debtor's total unsecured claims (excluding those in Part 9 and 13) are $85,192.00 .

14.3    Total estimated unsecured claims are $85,192.00   [lines 14.1 + 14.2].

**Part 15. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 4, 7, 8, 9, 10, 11, 12, 13 and 14, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed.

**Part 16. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and §§ 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

|   | Creditor | Description of Property (including complete legal description of real property) |
|---|---|---|
|   | -NONE- |   |

**Part 17. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 17.1 | In the event a secured creditor is granted stay relief or there is a surrender, repossession, or return of collateral to the creditor for any reason, the creditor may file a proof of claim for any deficiency within 30 days after the surrender, repossession or return of the collateral. If such a proof of claim is filed, the claim, if any, will be paid as an unsecured claim in accordance with non-bankruptcy law and dischargeable upon completion of this plan or any future modified plan. The trustee will stop paying the claim as a secured claim upon the granting of a motion for relief from stay. |
|---|---|
| 17.2 | The debtor(s) shall send the Trustee each year during the Chapter 13 Plan copies of federal and state income tax returns at the time they are filed. The debtor(s) shall also promptly report to the Trustee the receipt of any federal and state tax refunds for the duration of this Chapter 13 case. The debtor(s) shall be entitled to retain the first $1,200 (single debtor or single tax return filer) or $2,000 (joint debtor or joint tax return filer), plus any earned income credit (EIC), plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 trustee as additional plan payments. |

| Class of Payment |   | Amount to be paid |
|---|---|---:|
| Payments by trustee [Part 3] | $ | 3,660.00 |
| Home mortgages in Defaults [Part 7] | $ | 10,645.00 |
| Claims in Default [Part 8] | $ | 0.00 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 9] | $ | 0.00 |
| Secured claims excluded from § 506 [Part 10] | $ | 0.00 |
| Priority Claims [Part 11] | $ | 4,500.00 |
| Domestic support obligation claims [Part 12] | $ | 0.00 |
| Separate classes of unsecured claims [Part 13] | $ | 0.00 |
| Timely filed unsecured claims [Part 14] | $ | 17,795.00 |
| TOTAL (must equal line 2.5) | $ | 36,600.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 17.

Signed:   /s/ Robert J. Hoglund
          Robert J. Hoglund 210997
          Attorney for debtor or debtor if pro se

Signed:   /s/ STEVEN MICHAEL HOFF,
          STEVEN MICHAEL HOFF,
          Debtor 1

Signed:   /s/ RIZA MAE HOFF
          RIZA MAE HOFF
          Debtor 2 (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                          Bkry Case No: 19-43783

Steven M Hoff                                                   Chapter 13

and

Riza M Hoff

              Debtor(s).

**NOTICE OF FILING MODIFIED CHAPTER 13 PLAN PRIOR TO CONFIRMATION**

TO:  ALL PARTIES IN INTEREST

    PLEASE TAKE NOTICE that the debtor(s), pursuant to Local Rule 3015-2(a) have filed the attached modified Chapter 13 Plan.  The Hearing on Confirmation of the Modified Plan is scheduled for May 7, 2020 at 10:30 a.m. in United States Bankruptcy Court, Courtroom 7 West, Seventh Floor, 300 South Fourth Street, Minneapolis, Minnesota.

    Any objection to this Modified Plan shall be filed and served not later than May 6, 2020, which is 24 hours prior to the time and date set for the confirmation hearing.

Dated: April 16, 2020

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ ***Robert J. Hoglund***
Robert J. Hoglund        #210997
Keith Chwialkowski      #210134
Jeffrey J. Bursell         #293362
Kristen M. Whelchel     #339866
Attorney for Debtor(s)
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  
Steven M Hoff  
and  
Riza M Hoff  
          Debtor(s).

Bkry Case No: 19-43783  
Chapter 13

**UNSWORN CERTIFICATE OF SERVICE**

I, Melissa Matthews, employed by Hoglund, Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on April 16, 2020, I served the Modified Chapter 13 Plan and Notice of Filing Modified Plan Prior to Confirmation to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

**The following were served by certified mail:**

**Chrysler Capital**  
Richard Morrin  
1601 Elm Street suite 800  
Dallas, Texas 75201  
**Richard Morring is listed as the President of Chrysler Capital as obtained through** www.chryslercapital.com.com **on April 11, 2018.**

**Ditech Financial**  
Anthony Renzi  
1100 Virginia Dr Suite 100A  
Fort Washington, PA 19034  
**Anthony Renzi is listed as the Chief Operating Officer of Ditech as obtained through** www.ditech.com **on June 20, 2019.**

**The following were served via first class mail postage prepaid:**

Steven & Riza Hoff  
11562 Wren Street Northwest  
Coon Rapids , MN 55433

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.  
Dated: April 16, 2020  
Signed: Melissa Matthews  
       Paralegal

```
Label Matrix for local noticing          Cenlar FSB                              Minneapolis
0864-4                                    4500 Park Glen Road                     301 U.S. Courthouse
Case 19-43783                             Suite 300                               300 South Fourth Street
District of Minnesota                     St. Louis Park, MN 55416-4891           Minneapolis, MN 55415-1320
Minneapolis
Thu Apr 16 09:40:27 CDT 2020

ALLINA HEALTH                             AMERICAN ACCOUNTS & ADVISERS INC        AMERICAN EXPRESS
2925 CHICAGO AVE                          7460 80TH ST S                          PO BOX 981537
MINNEAPOLIS MN 55407-1321                 COTTAGE GROVE MN 55016-3007             EL PASO TX 79998-1537


AMEX                                      ANDOVER ANIMAL HOSPITAL                 American Express National Bank
CORRESPONDENCE/BANKRUPTCY                 1730 139TH LANE NW                      c/o Becket and Lee LLP
PO BOX 981540                             ANDOVER MN 55304-3926                   PO Box 3001
EL PASO TX 79998-1540                                                             Malvern  PA 19355-0701


BHSI                                      BLAINE KIDDS PEDIATRIC DENTISTRY        CENLAR
2497 7TH AVE E                            1351 113TH AVE NE                       PO BOX 77404
SAINT PAUL MN 55109-2902                  STE 400B                                TRENTON NJ 08628-6404
                                          BLAINE MN 55434-3874


CHRYSLER CAPITAL                          CITIBANK NA                             COLLECTION RESOURCES
ATTN BANKRUPTCY DEPT                      PO BOX 790110                           PO BOX 2270
PO BOX 961278                             SAINT LOUIS MO 63179-0110               2700 1ST ST N STE 303
FORT WORTH TX 76161-0278                                                          SAINT CLOUD MN 56303-4583


(p)LCI                                    COMCAST CABLE COMMUNICATIONS            CONVERGENT OUTSOUCING, INC
PO BOX 1931                               1701 JOHN F. KENNEDY BLVD               PO BOX 9004
BURLINGAME CA 94011-1931                  PHILADELPHIA PA 19103-2848              RENTON WA 98057-9004


CONVERGENT OUTSOURCING, INC.              CitiMortgage, Inc.                      DIRECT TV
ATTN: BANKRUPTCY                          c/o Cenlar, FSB                         682 125TH LN NE
PO BOX 9004                               425 Phillips Blvd                       MINNEAPOLIS MN 55434-7336
RENTON WA 98057-9004                      Ewing, NJ 08618-1430


(p)DISCOVER FINANCIAL SERVICES LLC        DITECH                                  DITECH
PO BOX 3025                               ATTN: BANKRUPTCY                        PO BOX 6172
NEW ALBANY OH 43054-3025                  PO BOX 6172                             RAPID CITY SD 57709-6172
                                          RAPID CITY SD 57709-6172


Directv, LLC                              Discover Bank                           EMERGENCY PHYSICIANS PA
by American InfoSource as agent           Discover Products Inc                   NW 6438 PO BOX 1450
PO Box 5008                               PO Box 3025                             MINNEAPOLIS MN 55485-6440
Carol Stream, IL  60197-5008              New Albany, OH  43054-3025


EPPA                                      FIRST SOURCE                            FRASER
PATIENT FINANCIAL SERVICES                PO BOX 628                              2400 W 64TH ST
4300 MARKET POINTE DRIVE, STE 100         BUFFALO NY 14240-0628                   MINNEAPOLIS MN 55423-1099
BLOOMINGTON MN 55435-5435
```

```
HEALTH PARTNERS                      HEALTH PARTNERS CLINIC              IC SYSTEM, INC
PO BOX 1309                          PO BOX 77026                        ATTN: BANKRUPTCY
MINNEAPOLIS MN 55440-1309            MINNEAPOLIS MN 55480-7726           PO BOX 64378
                                                                         SAINT PAUL MN 55164-0378


(p)INTERNAL REVENUE SERVICE          IRS                                 LENDINGCLUB
CENTRALIZED INSOLVENCY OPERATIONS    PO BOX 7346                         ATTN: BANKRUPTCY
PO BOX 7346                          PHILADELPHIA PA 19101-7346          595 MARKET ST, STE 200
PHILADELPHIA PA 19101-7346                                               SAN FRANCISCO CA 94105-2807


MASTERCARD                           MERCY HOSPITAL                      MN DEPT OF PUBLIC SAFETY
PO BOX 5222                          4050 COON RAPIDS BLVD NW            445 MINNESOTA ST #182
CAROL STREAM IL 60197-5222           COON RAPIDS MN 55433-2522           SAINT PAUL MN 55101-5182


MN DEPT OF REVENUE                   NewRez LLC d/b/a Shellpoint Mortgage Servici   PARK DENTAL
551 BKCY SECTION CEU DEPT            PO Box 10826                        2200 CTY RD C W
PO BOX 64447                         Greenville, SC 29603-0826           SUITE 2210
SAINT PAUL MN 55164-0447                                                 ROSEVILLE MN 55113-2551


PARK DENTAL                          PARK NICOLLET                       PAYPAL
9055 SPRINGBROOK DR                  PO BOX 9158                         PO BOX 5138
STE 250                              MINNEAPOLIS MN 55480-9158           TIMONIUM MD 21094-5138
COON RAPIDS MN 55433-5841


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Quantum3 Group LLC as agent for     (p)RELIANCE RECOVERIES
PO BOX 41067                         GPCC I LLC                          ATTN ACCOUNTS RECEIVABLE SERVICES
NORFOLK VA 23541-1067                PO Box 788                          6160 SUMMIT DR N
                                     Kirkland, WA  98083-0788            SUITE 440
                                                                         BROOKLYN CENTER MN 55430-2149


RIZALINA ALVEREZ                     SANTANDER CONSUMER USA              SYNCHRONY BANK/SAMS
10020 MORGAN AVE S                   ATTN: BANKRUPTCY                    ATTN: BANKRUPTCY
BLOOMINGTON MN 55431-2962            10-64-38-FD7   601 PENN ST          PO BOX 965060
                                     READING PA 19601-3544               ORLANDO FL 32896-5060


Santander Consumer USA, Inc.         T Mobile/T-Mobile USA Inc           (p)T MOBILE
d/b/a Chrysler Capital               by American InfoSource as agent     C O AMERICAN INFOSOURCE LP
P.O. Box 961275                      PO Box 248848                       4515 N SANTA FE AVE
Fort Worth, TX 76161-0275            Oklahoma City, OK  73124-8848       OKLAHOMA CITY OK 73118-7901


TARGET                               TD Bank USA, N.A.                   (p)TOYOTA MOTOR CREDIT CORPORATION
ATTN: BANKRUPTCY                     C O WEINSTEIN & RILEY, PS           PO BOX 8026
PO BOX 9475                          2001 WESTERN AVENUE, STE 400        CEDAR RAPIDS IA 52408-8026
MINNEAPOLIS MN 55440-9475            SEATTLE, WA 98121-3132


(p)TWIN CITIES ORTHOPEDICS           Toyota Motor Credit Corporation     (p)US BANK
4200 DAHLBERG DRIVE                  c/o Becket and Lee LLP              PO BOX 5229
SUITE 300                            PO Box 3001                         CINCINNATI OH 45201-5229
GOLDEN VALLEY MN 55422-4841          Malvern  PA 19355-0701
```

| | | |
|---|---|---|
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | WAYPOINT RESOURCE GROUP<br>ATTN: BANKRUPTCY<br>301 SUNDANCE PWY<br>ROUND ROCK TX 78681-8004 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 |
| RIZA MAE HOFF<br>11562 WREN ST NW<br>COON RAPIDS, MN 55433-2982 | Robert J. Hoglund<br>Hoglund, Chwialkowski & Mrozik, PLLC<br>1781 West County Road B<br>P.O. Box 130938<br>Roseville, MN 55113-0019 | STEVEN MICHAEL HOFF<br>11562 WREN ST NW<br>COON RAPIDS, MN 55433-2982 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 15316<br>WILMINGTON DE 19850 | IRS<br>30 E 7TH STREET SUITE 1222<br>MAIL STOP 5700<br>SAINT PAUL MN 55101 |
| PORTFOLIO RECOVERY<br>ATTN: BANKRUPTCY<br>120 CORPORATE BLVD<br>NORFOLD VA 23502 | (d)Portfolio Recovery Associates, LLC<br>c/o Citibank, N.a.<br>POB 12914<br>Norfolk VA 23541 | RELIANCE RECOVERIES<br>6160 SUMMIT DR STE 420<br>BROOKLYN CENTER MN 55430-2149 |
| T-MOBILE<br>PO BOX 790047<br>SAINT LOUIS MO 63179-0047 | TOYOTA FINANCIAL SERVICES<br>ATTY: BANKRUPTCY DEPT<br>PO BOX 8026<br>CEDAR RAPIDS IA 52409 | TWIN CITIES ORTHOPEDICS<br>2155 FORD PKWY<br>SAINT PAUL MN 55116 |
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US BANK/RMS CC<br>ATTN: BANKRUPTCY<br>PO BOX 5229<br>CINCINNATI OH 45201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)NewRez LLC d/b/a Shellpoint Mortgage Servi | End of Label Matrix<br>Mailable recipients    65<br>Bypassed recipients     1<br>Total                   66 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Steven M. Hoff,<br><br>and<br><br>Riza M. Hoff,    Debtor(s). | Bankruptcy Case Number: 19-43783<br><br>**SIGNATURE DECLARATION** |

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
(X) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER:

I (we), the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-references case is true and correct;
3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;
4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;
5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and
6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 4/1/2020

_____
Signature of Debtor 1 or Authorized Individual
Steven M. Hoff
Printed Name of Debtor 1 or Authorized Individual

_____
Signature of Debtor 2
Riza M. Hoff
Printed Name of Debtor 2

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ Robert J. Hoglund
Robert J. Hoglund    #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

signdecj